MARK S. POSARD (SBN: 208790)
JEROME SCHREIBSTEIN (SBN: 154051)
GORDON & REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Mposard@gordonrees.com
Jschreibstein@gordonrees.com

Attorneys for Defendant
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA,<br><br>        Plaintiff,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, SUPERINTENDENT DONALD EVANS, BEATRIZ LEYVA-CUTLER, TY ALPER, JUDY APPEL, JOSH DANIELS, KAREN HEMPHILL, LISA VAN THILLO, EVELYN TAMONDONG-BRADLEY, JANET LEVENSON, MARC COPLAN, and DOES 1-10,<br><br>        Defendants. | CASE NO. 16-06184 RS<br><br>**STIPULATION TO (1) STRIKE AS MOOT PORTIONS OF MOTION FOR PRELIMINARY INJUNCTION, (2) RE-SCHEDULE HEARING, AND (3) MODIFY BRIEFING SCHEDULE;** ~~**PROPOSED**~~ **ORDER** |

**STIPULATION**

This STIPULATION is entered into between plaintiff Yvette Felarca ("Felarca"), on the one hand, and defendant, Berkeley Unified School District ("BUSD"), on the other hand, through their respective counsel, as follows:

WHEREAS, on October 26, 2016, this Court denied a Motion for Temporary Restraining Order brought by Felarca and set for hearing on December 8, 2016 a related Motion for Preliminary Injunction seeking (1) immediate reinstatement of Felarca to active-duty employment with BUSD, (2) to prevent further denial of wages, and (3) to rescind the imposition

1  of a disciplinary letter, and required any opposition to said Motion to be filed on or before
2  November 10, 2016 (DOCKET # 9);
3      WHEREAS, counsel for BUSD did not receive this Order from the Court until November
4  8, 2016;
5      WHEREAS, Felarca has been reinstated to active-duty employment with BUSD and,
6  THEREFORE, Felerca and BUSD have stipulated and agreed that:
7      1.    The portion of the Motion for Preliminary Injunction to reinstate Felarca is now
8  moot, as Felarca has been reinstated.
9      2.    The hearing on the Motion for Preliminary Injunction shall be continued on this
10 Court's calendar to February 2, 2017 at 1:30 p.m., with all opposition papers to be filed
11 on/before January 12, 2017, and all reply papers to be filed on/before January 19, 2017.
12     IT IS SO STIPULATED.

Dated:  November  21, 2016    GORDON & REES SCULLY MANSUKHANI, LLP

By:    /S/ Jerome Schreibstein
MARK S. POSARD
JEROME SCHREIBSTEIN
Attorneys for Defendant
BERKELEY UNIFIED SCHOOL DISTRICT

Dated:  November  21, 2016    UNITED FOR EQUALITY AND AFFIRMATIVE
ACTION LEGAL DEFENSE FUND

By:    /S/ Ronald Cruz
RONALD CRUZ
SHANTA DRIVER* (Michigan Bar No. P65007)
*Pro hac vice application pending
Attorneys for Plaintiff

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**ORDER**

Per Stipulation of the parties, and good cause otherwise appearing:

1. The portion of the Motion for Preliminary Injunction to reinstate Felarca is now moot, as Felarca has been reinstated.

2. The hearing on the Motion for Preliminary Injunction is hereby continued on this Court's calendar to February 2, 2017 at 1:30 p.m., with all opposition papers to be filed on/before January 12, 2017 and all reply papers to be filed on/before January 19, 2017

IT IS SO ORDERED.

Dated: November 22, 2016

By: _____
HON. RICHARD SEEBORG

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1128412/30539151v.1

-3-
STIPULATION TO (1) STRIKE AS MOOT PORTIONS OF MOTION FOR PRELIMINARY INJUNCTION, (2) RE-SCHEDULE HEARING, AND (3) MODIFY BRIEFING SCHEDULE; PROPOSED ORDER
(CASE NO. 16-06184 RS)