```
 1  MARK S. POSARD (SBN: 208790)
    JEROME SCHREIBSTEIN (SBN: 154051)
 2  GORDON & REES SCULLY MANSUKHANI, LLP
    275 Battery Street, Suite 2000
 3  San Francisco, CA 94111
    Telephone:  (415) 986-5900
 4  Facsimile:  (415) 986-8054
    Mposard@gordonrees.com
 5  Jschreibstein@gordonrees.com

 6  Attorneys for Defendant
    BERKELEY UNIFIED SCHOOL DISTRICT
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YVETTE FELARCA, | ) CASE NO. 16-06184 RS |
|---|---|
| Plaintiff, | ) **STIPULATION TO FURTHER MODIFY BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION;** ~~PROPOSED~~ **ORDER** |
| vs. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, SUPERINTENDENT DONALD EVANS, BEATRIZ LEYVA-CUTLER, TY ALPER, JUDY APPEL, JOSH DANIELS, KAREN HEMPHILL, LISA VAN THILLO, EVELYN TAMONDONG-BRADLEY, JANET LEVENSON, MARC COPLAN, and DOES 1-10, | |
| Defendants. | |

## STIPULATION

This STIPULATION is entered into between plaintiff Yvette Felarca ("Felarca"), on the one hand, and defendant, Berkeley Unified School District ("BUSD"), on the other hand, through their respective counsel, as follows:

WHEREAS, Felarca and BUSD have stipulated, and the Court has ordered the hearing on Felarca's Motion for Preliminary Injunction continued to February 2, 2017 at 1:30 p.m., with all opposition papers to be filed on/before January 12, 2017, and all reply papers to be filed on/before January 19, 2017 (DOCKET #'S 12, 13);

///

1  WHEREAS, it was the intent of the parties that Felarca be permitted 14 days from
2  BUSD's opposition to file her reply papers, but that was inadvertently omitted from the parties'
3  previously filed Stipulation and Order; and
4  THEREFORE, the parties hereby stipulate that the Motion for Preliminary Injunction
5  shall be continued to February 9, 2017 at 1:30 p.m., with all opposition papers to be filed
6  on/before January 12, 2017, and all reply papers to be filed on/before January 26, 2017.
7  IT IS SO STIPULATED.

Dated:  November  28, 2016          GORDON & REES SCULLY MANSUKHANI, LLP

                                    By:   /S/ Jerome Schreibstein
                                          MARK S. POSARD
                                          JEROME SCHREIBSTEIN
                                    Attorneys for Defendant
                                    BERKELEY UNIFIED SCHOOL DISTRICT

Dated:  November  28, 2016          UNITED FOR EQUALITY AND AFFIRMATIVE
                                    ACTION LEGAL DEFENSE FUND

                                    By:   /S/ Ronald Cruz
                                          RONALD CRUZ
                                          SHANTA DRIVER* (Michigan Bar No. P65007)
                                    *Pro hac vice application pending
                                    Attorneys for Plaintiff

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

# **ORDER**

Per Stipulation of the parties, and good cause otherwise appearing:

The hearing on the Motion for Preliminary Injunction is hereby continued on this Court's calendar to February 9, 2017 at 1:30 p.m., with all opposition papers to be filed on/before January 12, 2017 and all reply papers to be filed on/before January 26, 2017

IT IS SO ORDERED.

Dated: November  28 , 2016

By: _____
HON. RICHARD SEEBORG