SHANTA DRIVER, Michigan Bar No. 65007*
RONALD CRUZ, California Bar No. 267038
UNITED FOR EQUALITY AND AFFIRMATIVE ACTION LEGAL DEFENSE FUND (UEAALDF)
1985 Linden Street
Oakland, CA 94607
(510) 875-4463  Fax: (313) 586-0089
shanta.driver@ueaa.net, ronald.cruz@ueaa.net
Attorneys for Plaintiffs
*Appearing *pro hac vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, <br><br> Plaintiff, <br><br> vs. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 3:16-cv-06184-RS <br><br> **STIPULATION TO FURTHER MODIFY MOTION FOR PRELIMINARY INJUNC-TION BRIEFING SCHEDULE AND CONTINUE HEARINGS DUE TO PLAINTIFF'S COUNSEL'S HEALTH;** ~~PROPOSED~~ **ORDER** <br><br> Hearing on Preliminary Injunction <br> Date:  February 9, 2017 <br> Time:  1:30 p.m. <br> Place: Courtroom 3, 17th Floor <br><br> Case Management Conference <br> Date:  February 23, 2017 <br> Time:  10:00 a.m. <br> Place: Courtroom 3, 17th Floor |

## STIPULATION

This STIPULATION is entered into between Plaintiff Yvette Felarca ("Felarca"), on the one hand, and Defendant Berkeley Unified School District ("BUSD"), on the other hand, through their respective counsel, as follows:

WHEREAS, Felarca and BUSD stipulated, and the Court ordered, that the hearing on

1  Felarca's Motion for Preliminary Injunction be continued to February 9, 2017 at 1:30 p.m., with

2  all reply papers to be filed on or before January 26, 2017 (Dkt. No. 17);

3      WHEREAS, Felarca's lead counsel, Shanta Driver, has been recovering from bilateral

4  pneumonia, bronchitis, and sinusitis since November 2016 and her recovery has been slower than

5  originally anticipated. Felarca's counsel need three more weeks to complete their reply to

6  Defendants' opposition to Felarca's Motion for Preliminary Injunction;

7      WHEREAS, the Case Management Conference currently scheduled for February 23, 2017

8  would likely be more productive if scheduled for some time after the hearing on Felarca's Motion

9  for Preliminary Injunction;

10      THEREFORE, the Felarca and BUSD have stipulated and agreed that:

11      1. The hearing on the Motion for Preliminary Injunction be continued to March 2, 2017

12         at 1:30 p.m., with all reply papers to be filed on or before February 16, 2017;

13      2. The Case Management Conference be continued on this Court's calendar to March 16,

14         2017 at 10:00 a.m., or at some later date.

15

16  Dated: January 23, 2017                 UNITED FOR EQUALITY AND AFFIRMATIVE
                                                        ACTION LEGAL DEFENSE FUND (UEAALDF)

17

18
                                                        ___/s/ Ronald Cruz_____
19                                                         RONALD CRUZ
                                                        SHANTA DRIVER
20                                                         Attorneys for Plaintiff

21

22  Dated: January 23, 2017                 GORDON & REES SCULLY MANSUKHANI,
                                                        LLP

23

24

| | |
|---|---|
| 1 |    /s/ Jerome Schreibstein |
| 2 | MARK S. POSARD<br>JEROME SCHREIBSTEIN<br>Attorneys for Defendants |
| 3 | |
| 4 | |
| ... | |
| 24 | |

STIPULATION TO FURTHER MODIFY MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND
CONTINUE HEARINGS DUE TO PLAINTIFF'S COUNSEL'S HEALTH; PROPOSED ORDER
CASE NO. 3:16-cv-06184-RS     3

**ORDER**

Per stipulation of the parties, and good cause otherwise appearing:

1. The hearing on the Motion for Preliminary Injunction is hereby continued on this Court's calendar to March 2, 2017 at 1:30 p.m., with all reply papers to be filed on or before February 16, 2017.

2. The Case Management Conference is hereby continued on this Court's calendar to ____March 16, 2017____ at 10:00 a.m.

IT IS SO ORDERED.

Dated: 1/23/17

By: _____
HON. RICHARD SEEBORG