MARK S. POSARD (SBN: 208790)
JEROME SCHREIBSTEIN (SBN: 154051
GORDON & REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Mposard@gordonrees.com
Jschreibstein@gordonrees.com

Attorneys for Defendant
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVETTE FELARCA, | ) | CASE NO.  16-06184 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER TO MODIFY CERTAIN** |
| vs. | ) | **CASE MANAGEMENT DATES** |
| | ) | |
| BERKELEY UNIFIED SCHOOL | ) | |
| DISTRICT, SUPERINTENDENT DONALD | ) | |
| EVANS, BEATRIZ LEYVA-CUTLER, TY | ) | |
| ALPER, JUDY APPEL, JOSH DANIELS, | ) | |
| KAREN HEMPHILL, LISA VAN THILLO, | ) | |
| EVELYN TAMONDONG-BRADLEY, | ) | |
| JANET LEVENSON, MARC COPLAN, and | ) | |
| DOES 1-10, | ) | |
| Defendants. | ) | |

**STIPULATION**

This STIPULATION is entered into between plaintiff Yvette Felarca ("Felarca"), on the

one hand, and defendant, Berkeley Unified School District ("BUSD"), on the other hand,

through their respective counsel, as follows:

WHEREAS, per Stipulation of the parties and Order of this Court (DOCKET # 30),

Felarca's Motion for Preliminary Injunction has been set for hearing on March 2, 2017, with an

Initial Case Management Conference date of March 16, 2017;

///

///

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1    WHEREAS, the parties agree that the determination on Felarca's Motion for Preliminary

2 Injunction will impact certain of the key allegations of the Complaint, which will necessarily

3 impact other case management procedures such as the parties' respective Rule 26 Disclosures,

4 and ADR participation;

5    WHEREAS, BUSD anticipates that those individual defendants named in this matter will

6 consent to a waiver of personal service; and

7    WHEREAS, the parties have stipulated and agreed that:

8    1.    The responsive pleading date in this matter shall be set for 21 days from the

9 Court's Order on Felarca's Motion for Preliminary Injunction; and

10    2.    The previously set dates for Rule 26 Disclosures and ADR compliance shall be

11 vacated and re-set at the Initial Case Management Conference.

12    IT IS SO STIPULATED.

13

Dated:  February 15, 2017          GORDON & REES SCULLY MANSUKHANI, LLP
14

15

16    By:    /S/  Jerome Schreibstein_____
          MARK S. POSARD
17          JEROME SCHREIBSTEIN
       Attorneys for Defendant
18       BERKELEY UNIFIED SCHOOL DISTRICT

19 Dated:  February 15, 2017          UNITED FOR EQUALITY AND AFFIRMATIVE
                                ACTION LEGAL DEFENSE FUND
20

21    By:    /S/ Ronald Cruz_____
          RONALD CRUZ
22          SHANTA DRIVER* (Michigan Bar No. P65007)
       *Pro hac vice application pending
23       Attorneys for Plaintiff

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY CERTAIN CASE MANAGEMENT DATES
CASE NO. 16-06184

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

Per Stipulation of the parties, and good cause otherwise appearing:

1.      The responsive pleading date in this matter is set for 21 days from the Court's Order on Plaintiff's Motion for Preliminary Injunction; and

2.      The previously set dates for Rule 26 Disclosures and ADR compliance are hereby vacated and will be re-set at the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated:  February  15 , 2017

By:  _____

HON. RICHARD SEEBORG

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1128412/31677515v.1

-3-

STIPULATION AND [PROPOSED] ORDER TO MODIFY CERTAIN CASE MANAGEMENT DATES
CASE NO. 16-06184